TITLE GUARANTEE AND TRUST COMPANY, as Trustee, Respondent, *v.* VIRGINIA B. B. HUMPHREY, Respondent, and AMERICAN TRUST COMPANY, as Administrator of the Estate of MARY L. BOOTH, Deceased, et al., Appellants.

*Trust — construction of will and determination as to ownership of principal and income of trust fund.*

*Title Guarantee & Trust Co.* v. *Humphrey,* 208 App. Div. 641, affirmed.

(Argued June 6, 1924; decided July 5, 1924.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 18, 1924, upon the submission of a controversy under sections 546–548 of the Civil Practice Act. The court construed the provisions of the will of Charles A. Booth, deceased, and determined the defendant, respondent, was the owner of and entitled to the balance of the principal and income of a certain fund held by the plaintiff as trustee.

*E. Crosby Kindleberger* and *Arthur O. Townsend* for appellants.

*Philip L. Miller* for respondent.

Judgment affirmed, with costs to respondents payable out of the estate; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.